UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| LONN RIDER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ARLO TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 1:23-cv-00055-JMB-PJG <br><br> STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

WHEREAS, on January 12, 2023, Plaintiff Lonn Rider ("Plaintiff") filed a Complaint against Defendant Arlo Technologies, Inc. ("Defendant");

WHEREAS, Plaintiff and Defendant have conferred and agree that the above-captioned action should be voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

WHEREAS, Defendant has not entered into a settlement with Plaintiff in connection with this voluntary dismissal, and neither Plaintiff nor his counsel have received, nor will receive, any form of consideration from Defendant in exchange for the dismissal of this action; and

WHEREAS, no class has yet been certified, and Plaintiff does not believe that notice to the putative class members is required to dismiss this Action.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff and Defendant, by and through their respective counsel of record, as follows:

1. The above-captioned action shall be dismissed without prejudice; and

2. Each party shall bear its own attorneys' fees, costs and/or expenses.

**[SIGNATURES ON FOLLOWING PAGE]**

| | | |
|---|---|---|
| 1 | DATED:  March _21_, 2023 | SHEEHAN & ASSOCIATES, P.C.<br>SPENCER SHEEHAN |
| 2 | | |
| 3 | | |
| 4 | | /s/ Spencer Sheehan<br>Spencer Sheehan<br>Attorneys for Plaintiff Lonn Rider |
| 5 | | |
| 6 | | 60 Cuttermill Rd., Suite 412<br>Great Neck, NY 11021 |
| 7 | | Telephone:  516-268-7080<br>Fax:  516-234-7800 |
| 8 | | spencer@spencersheehan.com |
| 9 | | DENTONS US LLP<br>BETY JAVIDZAD |
| 10 | March _21_, 2023 | NORMAN M. ASPIS |
| 11 | | /s/ Bety Javidzad |
| 12 | | Bety Javidzad<br>Attorneys for Defendant Arlo Technologies, Inc. |
| 13 | | |
| 14 | | 601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>Telephone: 213-623-9300 |
| 15 | | Fax: 213-623-9924<br>bety.javidzad@dentons.com |
| 16 | | norman.aspis@dentons.com |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION**

I, Spencer Sheehan, hereby attest, pursuant to W.D. Mich. Civil Local Rule 5.7(e)(ii), that concurrence to the filing of this document has been obtained from each signatory.

*/s/ Spencer Sheehan*
SPENCER SHEEHAN
